Eric L. Harrison - ID #033381993
METHFESSEL & WERBEL, ESQS.
2025 Lincoln Highway, Suite 200
PO Box 3012
Edison, New Jersey 08818
(732) 248-4200
1(732) 248-2355
harrison@methwerb.com
Attorneys for Defendants
Our File No.  86180 ELH

| | |
|---|---|
| ANDREW L.  PEZZA<br><br>       Plaintiff<br><br>V.<br><br>MIDDLETOWN TOWNSHIP PUBLIC SCHOOLS, MIDDLETOWN TOWNSHIP BOARD OF EDUCATION, JAMES ALTO-BELLO, WILLIAM GEORGE III, KIMBERLY PICKUS, AMY GALLAGHER, ROSIE SHOPP, SUSAN GARAFALO, JOANNE MAGISTRO, JOHN DOES 1-10 AND JOHN DOE CORPORATIONS 1-10<br><br>       Defendants | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br>CIVIL ACTION NO:<br><br><br>       Civil Action<br><br><br>NOTICE OF REMOVAL TO UNITED<br>  STATES DISTRICT COURT |

PLEASE TAKE NOTICE that Defendants, Middletown Township Public Schools, Middletown Township Board of Education, James Alto-Bello, William George III, Kimberly Pickus, Amy Gallagher, Rosie Shopp, Susan Garafalo and Joanne Magistro hereby file this Notice of Removal of the above-captioned matter to the United States District Court for the District of New Jersey, Trenton Division, from the Monmouth County Superior Court, Law Division, where the action is now pending, pursuant to 28 U.S.C. § 1446 and state:

1.    Middletown Township Public Schools, Middletown Township Board of Education, James Alto-Bello, William George III, Kimberly Pickus, Amy Gallagher, Rosie Shopp, Susan Garafalo and Joanne Magistro are defendants in the above-captioned matter.

2.    The action is a civil action commenced in the Monmouth County Superior Court, Law Division on November 5, 2018, under Docket Number MON-L-3981-18 and is pending therein.

3.    Because of the following facts defendants request that this action proceed in this Court as an action properly removed to it:

A.    In the Complaint, At Count 2, Plaintiff assets violations of the <u>Americans with Disabilities Act</u>, 42 <u>U.S.C</u> Sec. 12101 et seq.   Moreover, at Counts 5 through 8 he asserts violations of the <u>Family Medical Leave Act</u>, 29 <u>U.S.C</u>. Sec. 2601 et seq.

B.    This Court has original jurisdiction under the provisions of 28 U.S.C. § 1331, because Plaintiff's claims raise issues under federal law.

C.    Accordingly, this action may be removed by Defendants under 28 U.S.C. § 1441.

4.    Thirty days have not elapsed since the service of process upon the Defendants in state court.

5.      Copies of all process, pleadings, and orders served upon Defendants are attached to this Notice of Removal, in accordance with 28 U.S.C. § 1446.

6.      Concurrent with the filing of this Notice of Removal, Defendants are providing written notice to all parties and the Clerk of the Superior Court of New Jersey, Law Division, County of Monmouth, pursuant to 28 U.S.C. § 1446.

WHEREFORE, Defendants request that this action proceed in this Court as an action properly removed to it.

Respectfully submitted,

**METHFESSEL & WERBEL, ESQS.**
Attorneys for Defendants

By:_____
              Eric L. Harrison

DATED: November 21, 2018